AO 441 (Rev. 9/00) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

ROSILENE HEMME, Special Administrator of
the Estate of HAUS HEMME, deceased, et al.,

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

AIRBUS S.A.S., et al., (Defendants)
THALES AVIONICS S.A. (Third-Party Plaintiff)

CASE NUMBER: 09 CV 7239

ASSIGNED JUDGE: Charles P. Kocoras

V. THIRD PARTY DEFENDANT

SOCIÉTÉ AIR FRANCE

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

To: Name and address of Third Party Defendant

SOCIÉTÉ AIR FRANCE
O'Hare International Airport
10000 West O'Hare, Delta Counter, Terminal 5
Chicago, IL 60666

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Floyd A. Wisner
Wisner Law Firm
3N 780 Trotter Lane
St. Charles, IL 60175 (T) 630.513.9434

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Richard A. Walker
Kaplan, Massamillo & Andrews LLC
120 N. LaSalle St. 24th Floor
Chicago, Illinois 60602 (T) 312.345.3000

an answer to the third-party complaint which is herewith served upon you within __21__ days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have ... complaint, *unless* (1) this is a ca-- ...
 ...anding judgment against you in
 ...les of Civil Procedure, in which
 ...o the claim of the third-party plain

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

(By) DEPUTY CLERK

February 3, 2010

Date

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 09 CV 7239
AFFIDAVIT OF SPECIAL PROCESS SERVER

**John Scara**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. ( X ) On the within party, **Societe Air France** by leaving a copy with **Ronald Lavge, Station Manager and Authorized Person**, on **February 4, 2010**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**         RACE: **Caucasian**         APPROXIMATE AGE: **60-65**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **O'Hare International Airport, 10000 West O'Hare, Delta Counter, Terminal 5, Chicago, IL 60666**
TIME OF DAY: **3:14 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 5th day of **February 2010**.

John Scara
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSILENE HEMME, Special Administrator of the Estate of HAUS HEMME, deceased, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> AIRBUS S.A.S., et al, <br><br> Defendants. | Civil Action No: 1:09-CV-7239 <br><br> District Judge Charles P. Kocoras <br><br> Magistrate Judge Maria Valdez |
| THALES AVIONICS S.A., <br><br> Third-Party Plaintiff <br> vs. <br><br> SOCIÉTÉ AIR FRANCE, <br><br> Third-Party Defendant. | |

## CERTIFICATE OF SERVICE

On the 10th day of February 2010, a copy of Thales Avionics S.A.'s Proof of Service upon Société Air France was filed electronically using the Court's Electronic Case Filing System. Notice of this filing will be sent electronically to counsel of record using the Court's electronic notification system. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ *Richard A. Walker*
**Richard A. Walker**
Kaplan, Massamillo & Andrews LLP
120 N. LaSalle Street, 24th Floor
Chicago, Illinois 60602
(312) 345-3000

**COUNSEL FOR THALES AVIONICS S.A.**