**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROSILENE HEMME, Special Administrator of the Estate of HAUS HEMME, deceased, *et al.*, | |
| Plaintiffs, | Civil Action No. 1:09-CV-7239 |
| vs. | District Judge Charles P. Kocoras |
| AIRBUS S.A.S., *et al.*, | Magistrate Judge Maria Valdez |
| Defendants. | |
| THALES AVIONICS S.A., | |
| Third-Party Plaintiff, | |
| vs. | |
| SOCIÉTÉ AIR FRANCE, | |
| Third-Party Defendant. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **April 1, 2010, at 9:30 a.m**., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras or any Judge presiding in his stead in Courtroom 1725 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there present the previously filed **Third-Party Defendant Société Air France's Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss**, **Declaration of Gail Muntner, Declaration of Nicole I. Tellier, and Declaration of Judith R. Nemsick.**

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rule of Civil Procedure 44.1, Air France gives notice that it intends to raise issues concerning the applicability of the law of other jurisdictions, including but not limited to that of France, to some or all of the claims and defenses at issue, and reserves the right to assert and plead such other claims and defenses available to it arising out of the application of the substantive laws of another jurisdiction.

Dated: February 10, 2010

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: ___/s/ Troy D. Hoyt_____
    Robert E. Tonn
    Troy D. Hoyt
    131 South Dearborn Street
    30th Floor
    Chicago, Illinois  60603
    Tel No. (312) 263-3600
    Fax No. (312) 578-6666

    -and-

    HOLLAND & KNIGHT LLP
    Christopher G. Kelly
    Alan D. Reitzfeld
    31 West 52nd Street
    New York, New York  10019
    Tel No. (212) 513-3200
    Fax No. (212) 385-9010

    *Attorneys for Defendant*
    *Société Air France*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on **February 10, 2010**, the foregoing **NOTICE OF MOTION** was filed with Clerk of the Court using the CM/ECF System, which automatically transmitted a Notice of Electronic Filing to all ECF registrants.


/s/Troy D. Hoyt

# 9151482_v1